JS-6

FILED
CLERK U.S. DISTRICT COURT
MAY 30 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RUVALCABA, | Case No. EDCV 07-1024 SJO(JC) |
| Petitioner, | ~~(PROPOSED)~~ |
| v. | JUDGMENT |
| EDMUND G. BROWN, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed.

DATED: 5/30/08

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE